TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00177-CV

Frances McCollum, Appellant

v.

Lisa Thompson, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 165,958-C, HONORABLE RICK MORRIS, JUDGE PRESIDING 

PER CURIAM

 Because Frances McCollum has neither paid for nor made arrangements to pay for
the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on March 21, 2000. By
letter dated April 12, 2000, the Clerk of this Court notified the district clerk's office of Bell
County that the clerk's record was overdue. Notice was received from the district clerk's office
on April 19, 2000, that the clerk's record had not been paid for, nor had arrangements for
payment been made.

 By letter dated April 20, 2000, appellant was requested to submit a status report
regarding this matter by May 1, 2000, and that failure to respond to this request would result in
this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond to
this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish